# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 22, 2015

Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX  75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 2 8 2015

TYLER TEXAS
PAM ESTES, CLERK

Re:  Cesar Gomez
v. Texas
No. 15-7469
(Your No. 12-13-00050-CR)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 11, 2015 and placed on the docket December 22, 2015 as No. 15-7469.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst